IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Leonides Bohorquez Torres,<br><br>　　　　Defendant.<br>_____ | NO.   M 00-04658-JC<br><br>**ORDER** |

On motion of the Government,

**IT IS ORDERED** that the Complaint in the above-entitled matter be dismissed without prejudice and that the Arrest Warrant issued on or about April 19, 2000, be quashed.

DATED this 19th day of March, 2014.

_____
Bernardo P. Velasco
United States Magistrate Judge